FILED
CLERK, U.S. DISTRICT COURT
5/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 8:21-cr-00097-MWF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(o)(1): Possession of a Machinegun] |
| VICTOR FAILLE, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 922(o)(1)]

On or about June 5, 2019, in Orange County, within the Central District of California, defendant VICTOR FAILLE knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant FAILLE knew to be a machinegun, namely, a Glock-type auto sear/machinegun conversion device that was designed and created for

//

//

the sole purpose of converting a semi-automatic handgun into a fully-automatic machinegun.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

ARON KETCHEL
Assistant United States Attorney
Public Corruption and Civil Rights Section

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section